UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN M. ROBB, DVM<br><br>           Plaintiff,<br>   v.<br><br>CONNECTICUT BOARD OF VETERINARY MEDICINE, B. KENNETH BERNHARD, THERESA CIANCIOLO, DVM, MARY ANNE O'NEILL, TIMOTHY PLUNKETT, DVM, AND ALFREDO SANCHEZ-LONDONO, DVM<br><br>           Defendants. | 3:15-CV-00906 (CSH)<br><br><br><br>June 12, 2015 |

## MEMORANDUM AND ORDER

**HAIGHT**, Senior District Judge:

The Court has filed a separate Order calling upon the Defendants to Show Cause why a Preliminary Injunction should not enter in this case. A hearing on this motion by Plaintiff for a Preliminary Injunction has been scheduled for June 18, 2015. This Order was issued pursuant to Rule 65(a) of the Federal Rules of Civil Procedure.

Counsel for Plaintiff filed the complaint and motion papers electronically at 3:46 a.m. EDT today, which is Friday, June 12. Plaintiff's motion papers included a request for a Temporary Restraining Order ("TRO"). Plaintiff's motion for a TRO is DENIED. The record does not indicate that Plaintiff or his counsel has given any notice to any Defendant about Plaintiff's intention to seek a TRO, and Plaintiff makes no effort to comply with the relevant requirements of Rule 65(b).

Quite apart from this procedural bar, and even if proper notice had been given, the Court would not have signed the requested TRO. Plaintiff sought on Friday, June 12, a TRO that would

have restrained Defendants from proceeding with a continued disciplinary hearing involving Plaintiff previously scheduled for Monday, June 15. The complaint alleges that the Defendant Board brought charges against Plaintiff on August 28, 2014, and "the last hearing" was held on March 27, 2015. Doc. 1, ¶ 32. The United States Supreme Court filed the opinion upon which Plaintiff places primary reliance on February 25, 2015. *North Carolina State Board of Dental Examiners v. Federal Trade Commission*, 135 S.Ct. 1101 (Feb. 25, 2015). Plaintiff could have moved to enjoin a Monday hearing long before the preceding Friday, and the Court declines to enter a TRO enjoining Defendants from conducting that June 15 hearing.

The other relief Plaintiff seeks in the TRO mirrors the relief he seeks in his motion for a Preliminary Injunction, which has been scheduled for a hearing. In these circumstances, the Defendants may conclude that it would be sensible to defer the June 15 hearing and await further developments in this action, but that, at least on the present record, is for the Defendants to decide.

When Plaintiff serves his motion papers and Order to Show Cause upon the Defendants, a copy of this Memorandum and Order must be included.

It s SO ORDERED.

Dated: New Haven, Connecticut
June 12, 2015

/s/ *Charles S. Haight, Jr.*
Charles S. Haight, Jr.
Senior United States District Judge