UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN M. ROBB, | ) |
| | ) Case No: 3:15-cv-00906-CSH |
| | ) |
| | ) |
| Plaintiff, | ) September 16, 2015 |
| | ) |
| vs. | ) |
| | ) |
| CONNECTICUT BOARD OF | ) |
| VETERINARY MEDICINE, ET AL., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**PROPOSED JOINDER IN DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT**

Pursuant to Rule 24, Federal Rule of Civil Procedure, proposed intervenors Charter Practices International, LLC ("CPI") and Medical Management International, Inc. ("MMI", and together with CPI, "Proposed Intervenor"), by and through undersigned counsel, hereby file this proposed joinder in the Motion to Dismiss the Amended Complaint filed by Defendants. [Dkt. 39.] The Proposed Intervenor filed an Emergency Motion to Intervene on June 17, 2015, and that motion has been fully briefed and is pending. [Dkts. 21, 32, 33.] Although typically a proposed intervenor attaches a proposed pleading to the motion, that procedure did not apply to the special circumstances here where the Proposed Intervenor filed the motion to intervene within days of the complaint being filed because the plaintiff requested emergency injunctive relief, and the defendants had not yet filed a response to the complaint. Accordingly, Proposed Intervenor requested that the Court allow it to file a response to the operative complaint after the defendants filed their answer or other response. [Dkt. 21-1, at p. 2 n.1; Dkt. 33, at pp. 9-10.] Thus, now that the defendants have filed their response, Proposed Intervenor requests that the

1

Court grant its motion to intervene and accept this joinder in defendants' motion to dismiss at Docket 39.

        Respectfully submitted,

        **CHARTER PRACTICES INTERNATIONAL, LLC AND MEDICAL MANAGEMENT INTERNATIONAL, INC.**

        /s/ Jeffrey H. Wolf

        Jeffrey H. Wolf (*admitted pro hac vice*)
        QUARLES & BRADY LLP
        One Renaissance Square
        Two North Central Ave.
        Phoenix, Arizona 85004-2391
        Tel. (602) 229-5200
        Jeffrey.wolf@quarles.com

        Bethany Appleby (ct18418)
        WIGGIN AND DANA LLP
        One Century Tower
        P.O. Box 1832
        New Haven, CT 06508-1832
        (203) 498-4400
        (203) 782-2889 fax
        bappleby@wiggin.com

        *Attorneys for Proposed Intervenor*

## CERTIFICATE OF SERVICE

I hereby certify a copy of the foregoing document was filed electronically on September 16, 2015. Notice of this filing will be sent by mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

*/s/ Jeffrey H. Wolf*
Jeffrey H. Wolf

23291/1/3300452.1